UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-1097 |
| ) | |
| TRUE LINE CONTRACTING AND ) | |
| REMODELING SERVICES, INC.; ) | |
| SHERATON PEORIA HOTEL, LLC, ) | |
| n/k/a 500 HAMILTON PEORIA, LLC; ) | |
| NOIDA CAPITAL, LLC; ) | |
| ENVIROCAP, LLC, PENNANT ) | |
| MANAGEMENT, INC.; UNKNOWN ) | |
| OWNERS AND NON-RECORD ) | |
| CLAIMAINTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| TRUE LINE CONTRACTING AND ) | |
| REMODELING SERVICES, INC. as successor ) | |
| in interest to VISION HOSPITALITY ) | |
| CONSTRUCTION, LLC, ) | |
| ) | |
| CounterPlaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERATON PEORIA HOTEL, LLC, n/k/a ) | |
| 500 HAMILTON PEORIA, LLC, an Illinois ) | |
| limited liability company, NOIDA CAPITAL, ) | |
| LLC, a Florida limited liability company, ) | |
| ENVIROCAP, LLC, a Florida limited liability ) | |
| company, ILLINOIS BUSINESS FINANCIAL ) | |
| SERVICES, an Illinois corporation, U.S. ) | |
| SMALL BUSINESS ADMINISTRATION, ) | |
| PENNANT MANAGEMENT, INC., ) | |
| UNKNOWN OWNERS and NON-RECORD ) | |
| CLAIMANTS, ) | |
| ) | |
| CounterDefendants. ) | |

# DEFENDANT TRUE LINE CONTRACTING AND REMODELING SERVICES, INC.'s ANSWER TO COMPLAINT FOR FORECLOSURE AND COUNTERCLAIM

Defendant, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., (hereinafter "TRUE LINE"), by its attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, for its Answer to Plaintiff's Complaint for Foreclosure, states as follows:

1. Attachments:

    a) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.a., and therefore Defendant denies same.

    b) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.b., and therefore Defendant denies same.

    c) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.c., and therefore Defendant denies same.

    d) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.d., and therefore Defendant denies same.

2. Information concerning Mortgage:

    a) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.a., and therefore Defendant denies same.

    b) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.b., and therefore Defendant denies same.

    c) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.c., and therefore Defendant denies same.

d)      Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.d., and therefore Defendant denies same.

e)      Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.e., and therefore Defendant denies same.

f)      Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.f., and therefore Defendant denies same.

g)      Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.g., and therefore Defendant denies same.

h)      Defendant TRUE LINE admits that it has filed a Mechanic's Lien against the property with a common address of 500 Hamilton Boulevard, Peoria, Illinois, but is without information sufficient to form a belief as to the truth of the remaining allegations contained in 2.h. and therefore denies same.

i)      Defendant admits the owner of the property with a common address of 500 Hamilton Boulevard, Peoria, Illinois is SHERATON PEORIA HOTEL, LLC, a dissolved Illinois limited liability company, now known as 500 HAMILTON PEORIA, LLC, but is without sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 2.i., and therefore Defendant denies same.

j)      i) Defendant TRUE LINE admits that it has filed a Mechanic's Lien against the subject property, but denies its right, title and interest in the property is subject to termination.  Further answering, Defendant TRUE LINE is without information sufficient to form a belief as to the remaining allegations in paragraph 2.j.i. and therefore denies same

ii) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.j.ii., and therefore Defendant denies same.

k) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.k., and therefore Defendant denies same.

l) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.l., and therefore Defendant denies same.

m) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.m., and therefore Defendant denies same.

n) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.n., and therefore Defendant denies same.

o) Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.o., and therefore Defendant denies same.

WHEREFORE, Defendant TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. respectfully requests that this Court enter judgment in its favor and against Plaintiff on Plaintiff's Complaint for Foreclosure, and for such other and further relief as the Court deems just and proper.

### TRUE LINE CONTRACTING AND REMODELING SERVICES, INC.'S COUNTERCLAIM

Now comes Defendant/Counter-Plaintiff, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., successor in interest to VISION HOSPITALITY CONSTRUCTION, LLC, by its attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for its Counterclaim states as follows:

1. Counter-Plaintiff, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. (hereinafter "TRUE LINE"), is a Florida corporation, and the successor in interest by merger to VISION HOSPITALITY CONSTRUCTION, LLC, which is engaged in the

business of providing construction and construction management services for the improvement, renovation and building of hotel properties throughout the United States.

2. Counter-Defendant SHERATON PEORIA HOTEL, LLC is a dissolved Illinois limited liability company, now known as 500 HAMILTON PEORIA, LLC, and is the Owner of fee simple title to the real estate located in Peoria County, Illinois, commonly known as 500 Hamilton Blvd., Peoria, Illinois 61602, with a legal description as set forth on Exhibit A hereto (hereinafter "Sheraton Hotel Property").

3. Counter-Defendant NOIDA CAPITAL, LLC has an interest in the Sheraton Hotel Property by virtue of a mortgage dated August 23, 2012 and recorded on October 9, 2012 in the Peoria County Illinois Recorder of Deeds office as Document No. 2012026495.

4. Counter-Defendant ENVIROCAP, LLC has an interest in the Sheraton Hotel Property by virtue of a mortgage dated August 22, 2012 and filed in the Peoria County Recorder of Deeds office on October 9, 2012 as Document No. 2012026496.

5. Counter-Defendant ILLINOIS BUSINESS FINANCIAL SERVICES has an interest in the Sheraton Hotel Property by virtue of a mortgage dated September 19, 2012 and filed in the Peoria County Recorder of Deeds office on November 1, 2012 as Document No. 2012028971.

6. Counter-Defendant U.S. SMALL BUSINESS ADMINISTRATION has an interest in the Sheraton Hotel Property by virtue of an assignment of mortgage filed in the Peoria County Recorder of Deeds office on November 1, 2012 as Document No. 2012030774.

7. Counter-Defendant PENNANT MANAGEMENT, INC., is a Wisconsin corporation with offices in Lisle, Illinois and has an interest in the Sheraton Hotel Property by virtue of a Lis Pendens filed with the Peoria County Recorder of Deeds Office in reference to a

lawsuit pending in the U.S. District Court for the Northern District of Illinois, Case No. 14-CV-07581, entitled *Pennant Management, Inc. v. First Farmers Financial, LLC, et al.*

**Count I – Foreclosure of Mechanic's Lien**
**Sheraton Peoria Hotel, LLC**
**Noida Capital, LLC**
**Envirocap, LLC**
**Illinois Business Financial Services**
**U.S. Small Business Administration**
**Pennant Management, Inc.**
**Unknown Owners and Non-Record Claimants**

For Count I of its Counterclaim, Defendant/Counter-Plaintiff, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., alleges the following against SHERATON PEORIA HOTEL, LLC, NOIDA CAPITAL, LLC, ENVIROCAP, LLC, ILLINOIS BUSINESS FINANCIAL SERVICES, U.S. SMALL BUSINESS ADMINISTRATION, PENNANT MANAGEMENT, INC., UNKNOWN OWNERS, and NON-RECORD CLAIMANTS:

1. Counter-Plaintiff, TRUE LINE, re-states and re-alleges paragraphs 1-7 of the Counterclaim for Foreclosure of Mechanic's Lien as and for paragraph 1 of Count I.

2. On or about December 13, 2013, TRUE LINE entered into an oral agreement with the Owner of the Sheraton Hotel Property, SHERATON PEORIA HOTEL, LLC, n/k/a 500 HAMILTON PEORIA, LLC, to provide labor, materials, equipment, supplies and services for the rehabilitation, remodeling and improvement of the hotel building located on the Sheraton Hotel Property. The total value of the labor, materials, equipment, supplies and services to be supplied by TRUE LINE under its agreement with SHERATON PEORIA HOTEL, LLC was $10,755,604.66.

3. Pursuant to its agreement, TRUE LINE provided labor, materials, supplies, equipment and services to SHERATON PEORIA HOTEL, LLC for the improvement of the

6

Sheraton Hotel Property with a total value of $9,047,923.51, but heretofore has only received payments from the Owner for the work performed under the agreement in the amount of $6,439,655.10.

4. TRUE LINE's work on the rehabilitation and improvement of the Sheraton Hotel Property was at all times authorized and knowingly permitted by SHERATON PEORIA HOTEL, LLC. TRUE LINE also worked with Owner's agent, Alena Hospitality LLC, on the improvement of the Sheraton Hotel Property, and Owner was at all times aware of and authorized TRUE LINE's work on the Sheraton Hotel Property by and through the Owner's agent.

5. All of the labor, materials, supplies, equipment and services furnished by TRUE LINE were delivered to and accepted by SHERATON PEORIA HOTEL, LLC and/or its agent, Alena Hospitality LLC, and constitute a permanent and valuable improvement of the Sheraton Hotel Property.

6. TRUE LINE last provided labor, materials, supplies, equipment and services for the improvement of the Sheraton Hotel Property on October 1, 2014. TRUE LINE ceased performing work on the Sheraton Hotel Property at that time due to the failure of the Owner to make payment to TRUE LINE for the labor and materials provided.

7. After allowing the Owner all lawful and proper credits for payments made pursuant to the parties' agreement, SHERATON PEORIA HOTEL, LLC owes TRUE LINE the principal sum of $2,608,268.41 for labor, materials, supplies, equipment and services provided on the improvement of the Sheraton Hotel Property, which principal amount bears interest at the statutory rate of 10% per annum. TRUE LINE has made demand on Owner for payment of said amount, but the Owner has failed and refused to pay TRUE LINE.

8. Pursuant to 770 ILCS 60/1, TRUE LINE is entitled to and does claim a mechanic's lien against the premises for the materials, labor, equipment, supplies and services provided by TRUE LINE to SHERATON PEORIA HOTEL, LLC on the Sheraton Hotel Property.

9. On October 31, 2014, TRUE LINE filed its Notice & Claim for Mechanic's Lien against the property in the Peoria County Recorder of Deeds Office as Document No. LR 2014023060. A true and correct copy of the Notice & Claim for Mechanic's Lien is attached hereto as Exhibit B.

10. On December 2, 2014, TRUE LINE filed an Amended Mechanic's Lien Claim against the property in the Peoria County Recorder of Deeds Office as Document No. LR 2014025277. A true and correct copy of the Amended Mechanic's Lien Claim is attached hereto as Exhibit C.

11. Both the Notice & Claim for Mechanic's Lien and the Amended Mechanic's Lien Claim were was recorded by TRUE LINE within four months after last performing work in accordance with 770 ILCS 60/7.

12. Pursuant to 770 ILCS 60/17, TRUE LINE is further entitled to recover its reasonable attorneys' fees incurred in foreclosing on its mechanic's lien claim.

13. By virtue of the timely recording of its Claim for Mechanic's Lien, the interests of NOIDA CAPITAL, LLC, ENVIROCAP, LLC, ILLINOIS BUSINESS FINANCIAL SERVICES, U.S. SMALL BUSINESS ADMINISTRATION, and PENNANT MANAGEMENT, INC. in the Sheraton Hotel Property are inferior to the mechanic's lien rights of CounterPlaintiff TRUE LINE.

14. In addition to the persons/entities already named as CounterDefendants herein, there may be persons or entities whose names are unknown, and who have some right, title, interest or lien in, to or upon the real estate, or some part thereof, as described. The names of such other persons or entities are unknown to TRUE LINE, and therefore it makes all such persons CounterDefendants to this Counterclaim by the name and description of unknown owners and non-record claimants.

WHEREFORE, Defendant/Counter-Plaintiff TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., respectfully requests the Court to enter judgment on its Counterclaim for Foreclosure of Mechanic's Lien as follows:

    A.    That judgment be entered in favor or TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. and against SHERATON PEORIA HOTEL, LLC in the amount of $2,608,268.41, plus and including all statutory interest, attorneys' fees and all cost of suit herein;

    B.    That TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. be decreed to have a first and prior lien, superior to all other rights, title, interest or liens upon the Sheraton Hotel Property;

    C.    That in the absence or default of payment of the judgment found due in favor of TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., the Sheraton Hotel Property be sold to satisfy said sum, including all statutory interest, attorneys' fees and costs and including the charges, costs and expenses of such sale;

    D.    In case of sale and failure to redeem therefrom within the time allowed by law, all parties to this action and all persons claiming by, through or under them may be

forever barred and foreclosed from and of all rights and interests in and to the premises, including the equity of redemption;

  E. That in the case of sale and failure to redeem therefrom within the time allowed by law, a deed may be issued to purchaser at said sale, or his or her assigns, and upon the issuance of said deed that the grantees under the deed may be granted immediate possession of the premises;

  F. That in the event the proceeds of such sale are insufficient to pay in full the amount due to TRUE LINE CONTRACTING AND REMODELING SERVICES, INC., including statutory interest, attorneys' fees and costs and the charges, costs and expenses of such judicial sale, a deficiency judgment be entered against SHERATON PEROIA HOTEL, LLC; and

  G. For such other further relief as the Court deems just and proper.

### Count II – Breach of Contract
### SHERATON HOTEL PEORIA, LLC

For Count II of its Counterclaim, Defendant/Counter-Plaintiff, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. ("TRUE LINE"), alleges the following against CounterDefendant SHERATON HOTEL PEORIA, LLC:

  1. TRUE LINE re-states and re-alleges paragraphs 1 through 7 of Count I as and for paragraph 1 of Count II.

  2. TRUE LINE has performed all conditions required of it under its oral agreement with SHERATON PEORIA HOTEL, LLC.

3. TURE LINE has demanded payment from SHERATON PEORIA HOTEL, LLC for work performed under its oral agreement in the amount of $2,608,268.41, but SHERATON PEORIA HOTEL, LLC has and continues to refuse to pay said amount due.

WHEREFORE, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. respectfully requests that the Court enter judgment in its favor and against SHERATON PEORIA HOTEL, LLC in the sum of $2,608,268.41, plus all statutory interests and costs of suit herein, and for such other and further relief as the Court deems just and proper.

### Count III – Quantum Merit
**SHERATON PEORIA HOTEL LLC**

For Count III of its Counterclaim, in the alternative, Defendant/Counter-Plaintiff, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. ("TRUE LINE"), alleges the following against SHERATON PEORIA HOTEL, LLC:

1. TRUE LINE re-states and re-alleges paragraphs 1 through 2 of the Counterclaim for Foreclosure of Mechanic's Lien as and for paragraph 1 of Count III.

2. By and at the specific request of SHERATON PEORIA HOTEL, LLC, and its agent, Alena Hospitality LLC, TRUE LINE furnished labor, materials, equipment, supplies and services to SHERATON PEORIA HOTEL, LLC for the rehabilitation, remodeling and improvement of the Sheraton Hotel Property. TRUE LINE last performed work on said property on October 1, 2014.

3. Materials, labor, equipment, services and supplies furnished by TRUE LINE constitute a valuable improvement of the Sheraton Hotel Property and were accepted by SHERATON PEORIA HOTEL, LLC with the understanding that TRUE LINE expected payment for said materials, labor, equipment, services and supplies.

4. The materials, labor, equipment, services and supplies furnished by TRUE LINE on the premises for which it has not been paid are reasonably worth the sum of $2,608,268.41.

5. TRUE LINE has demanded SHERATON PEORIA HOTEL, LLC to pay it for the materials, labor, equipment and services provided at its request, but SHERATON PEORIA HOTEL, LLC has failed and refused to pay and reimburse TRUE LINE for said materials, labor, equipment, services and supplies.  As a direct and proximate result of SHERATON PEORIA HOTEL, LLC's failure and refusal to pay TRUE LINE for services provided at SHERATON PEORIA HOTEL, LLC's request, SHERATON PEORIA HOTEL, LLC has been unjustly enriched and TRUE LINE has suffered a loss in the amount of $2,608,268.41.

WHEREFORE, TRUE LINE CONTRACTING AND REMODELING SERVICES, INC. respectfully requests that the Court enter judgment in its favor and against SHERATON PEORIA HOTEL, LLC, in the sum of $2,608,268.41, plus all statutory interests and costs of suit herein, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  May 21, 2015

s/ Stephen M. Buck
STEPHEN M. BUCK, Bar Number:  6209958
QUINN, JOHNSTON, HENDERSON, PRETORIUS
  & CERULO
227 N.E. Jefferson Avenue
Peoria, IL  61602
sbuck@quinnjohnston.com
Telephone:  (309) 674-1133
Facsimile:   (309) 674-6503

*Attorneys for Defendant-CounterPlaintiff*
*TRUE LINE CONTRACTING AND*
*REMODELING SERVICES, INC.*

## **CERTIFICATE OF SERVICE**

    I certify that on May 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John H. Campbell
john.campbell2@usdoj.gov

Mark A. Ludolph
mludolph@heyroyster.com

                                          s/ Stephen M. Buck